UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 13-67 (MJD/HB)

UNITED STATES OF AMERICA,

        Plaintiff,                         **FINAL ORDER OF FORFEITURE**

v.

DOUGLAS LUKE ROBINETTE,

        Defendant.

WHEREAS, on April 22, 2014, a Preliminary Order of Forfeiture was entered forfeiting the following property to the United States pursuant to 18 U.S.C. § 2253(a):

    a.    a T-mobile MyTouch 3G Slide, serial number HT06SPS06882; and

    b.    a Micro SD card;

WHEREAS, the plaintiff posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on April 24, 2014, providing notice of the government's intention to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

    1.    The Motion of the United States for a Final Order of Forfeiture [Docket No. 59] is GRANTED;

2. All right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 2253(a):

    a. a T-mobile MyTouch 3G Slide, serial number HT06SPS06882; and

    b. a Micro SD card; and

3. The above-described property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: October 21, 2014
                          s/ Michael J. Davis
                          Michael J. Davis, Chief Judge
                          United States District Court